## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                    Case No. 6:13-bk-08728-CCJ

PAUL OXLEY                                                Chapter 7
LINDSAY MARY OXLEY

        Debtors.

_____/

## MOTION BY FAIRWINDS CREDIT UNION
## FOR RELIEF FROM THE AUTOMATIC STAY
### (Real Property located 1575 North Highway A1A, Unit 314, Indialantic, Florida 32902 and 504 Lost Creek Court, Kissimmee, Florida 34743; and personal property)

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Loan Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Building, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy to Jonathan Sykes, Esq., Burr & Forman, LLP, 200 S. Orange Ave., Suite 800, Orlando, FL 32801; Richard B. Webber, Chapter 7 Trustee, Post Office Box 3000, Orlando, FL 32802; and Alan J. Elkins, Elkins & Freedman, 6400 N. Andrews Ave., Suite 300, Ft. Lauderdale, FL 33309.

    If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

    **FAIRWINDS CREDIT UNION** (the "Movant"), by and through its undersigned counsel, files its *Motion for Relief from the Automatic Stay* pursuant to Section 362 of Title 11 of the United States Code Sections 101, *et seq.* (the "Bankruptcy Code") and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and in support thereof, states as follows:

## JURISDICTION

1.     On July 15, 2013, Paul Oxley and Lindsay Mary Oxley (the "Debtors"), commenced the above-styled bankruptcy case under Chapter 7 of the Bankruptcy Code by filing a Voluntary Petition for relief.

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and 1409. The statutory predicate for the relief requested herein is 11 U.S.C. § 362.

3.     Richard B. Webber has been appointed Trustee in this case.

## Background

4.     On December 17, 2012, a Stipulated Amended Final Judgment Against Guarantors, Paul Oxley and Lindsay Oxley (the "Judgment") was entered in favor of the Movant against the Debtors, in the case styled *Fairwinds Credit Union v. Westside Town Center, LLC, et. al*, filed in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida with case number 09-CA-1316 (the "Foreclosure Action").

5.     The Judgment provided that the Movant recover from the Debtors, jointly and severally, the amount of $5,000,000.00, which amount shall continue to accrue at the rate of 4.75% per annum.

6.     On December 21, 2012, Movant recorded a certified copy of the Judgment in the public records in and for Osceola County, Florida in Official Records Book 4370 at page 2892, and also on January 3, 2013 in Official Records Book 6770 at Page 1933 in and for Brevard County, Florida.  A true and correct copy of the Judgment recorded in Osceola County and Brevard County, Florida is attached hereto as **Composite Exhibit A**.

7.      On December 31, 2012, Movant also filed with the Florida Secretary of State a Judgment Lien Certificate (the "Judgment Lien Certificate") with filing number J12001118739. A true and correct copy of the Judgment Lien Certificate is attached hereto as **Exhibit B**.

8.      Debtors own a non-homestead condominium located at 1575 North Highway A1A, Unit 314, Indialantic, Florida 32902, located in Brevard County, Florida (the "Brevard Real Property"). Debtors also own a non-homestead single family residence located at 504 Lost Creek Court, Kissimmee, Florida 34743 (the "Osceola Real Property") (the "Brevard Real Property" and the "Osceola Real Property" are hereinafter collectively referred to as the "Real Property").

9.      The Debtors are also owners of various personal property consisting of housewares, personal affects, vehicles, stocks, and funds held in various accounts located within the State of Florida (collectively, the "Personal Property").

10.     As of the Debtors bankruptcy filing date of June 15, 2013, Debtors have not paid any amount towards the Judgment.

## RELIEF REQUESTED

11.     Florida Statutes §55.10(1) provides:

> "A judgment . . . becomes a lien on real property in any county when a certified copy of it is recorded in the official records or judgment lien record of the county . . ."

12.     Pursuant to Fla. Stat. §55.202, a judgment lien securing the amount of an unpaid money judgment can be acquired by the filing of a judgment lien certificate with the Department of State.

13.     Upon the Movant's recordation of the certified copy of the judgment into the public records in and for Osceola and Brevard County, Florida and its filing of the Judgment

Lien Certificate, Movant has properly perfected its Judgment and has effectuated a lien on the Real Property and Personal Property in accordance with Fla. Stats §§55.10(1) and 55.202.

14.    Pursuant to 11 U.S.C. § 362(d)(1), Movant is entitled to relief from stay for cause, and Movant is not adequately protected.

15.    Pursuant to 11 U.S.C. § 362(d)(2), Movant is entitled to relief from stay as the Debtor does not have any equity in the Real Property and Personal Property, and the Real Property and Personal Property is not necessary for an effective reorganization.

16.    Movant requests relief from stay to proceed with exercising any and all *in rem* rights and remedies of Movant against the Real Property and Personal Property.

17.    Movant requests that any order entered granting this Motion for Relief from the Automatic Stay be effective immediately upon entry of said order, and that the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant hereby requests the Court enter an order (i) terminating the automatic stay to permit Movant to exercise any and all *in rem* rights and remedies against the Real Property and Personal Property; (ii) waiving the 14-day stay of an Order granting this Motion for Relief pursuant to Bankruptcy Rule 4001(a)(3); and (iii) for such other and further relief as the Court deems just and appropriate.

/s/ Jonathan Sykes
Jonathan Sykes, Esquire
Florida Bar No. 73176
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida  32801
Telephone:  (407) 540-6636
Facsimile:  (407) 540-6601
E-Mail:  jsykes@burr.com

**ATTORNEYS FOR FAIRWINDS CREDIT UNION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system on September 9, 2013 and/or via First Class U.S. Mail to all parties on the attached creditor mailing matrix.

*/s/ Jonathan Sykes*
Jonathan Sykes, Esquire

Label Matrix for local noticing
113A-6
Case 6:13-bk-08728-CCJ
Middle District of Florida
Orlando
Mon Sep  9 15:12:26 EDT 2013

Fairwinds Credit Union
c/o Jonathan Sykes, Esq.
Burr & Forman, LLP
200 S. Orange Ave., Ste 800
Orlando, FL 32801-6404


Paul Oxley
9054 Paolos Place
Kissimmee, FL 34747-1564


Adrian & Deborah Lee
21 Carrwood
Knutsford WA16 8NE
UK


Akber & Zinnat Mohamedali
7 Liphook Crescent
London SE23 3BN
UK


Alison Corlett
9 Royal Chase Dringhouses
York YO24 1 LN
UK


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245


Andrew & Kim Adams
163 Chaulden Ln
Hemel Hempstead
Hertfordshire H P 1
UK

Andrew & Nicola Ritchie
Fitzroy Farm, Fitzroy Norton
Fitzwarren, Taunton TA2 6PH
UK


Andrew Last
1 Wilkinson Way Melton
Woodbridge IP12 1SS
UK

Branch Banking and Trust Company
c/o Kevin A. Reck, Esq.
Foley & Lardner LLP
111 N. Orange Avenue, Suite 1800
Orlando, FL 32801-2386


Wm Paul Henderson II
708 E Colonial Dr, Ste 200
Orlando, FL 32803-4652


Adam & Susan Seymour
2 Fennel Dr
Biggleswade SG18 8WD
UK


Afshin Asgari & Negin Boloor
23 Mortimer Crescent
London Borough of Camden
London KT 4 70L
UK


Alan & Lynda Verrinder
Lavender Cottage New Yatt Rd
North Leigh, Witney OX29 6th
UK


Alistair McDonald
28 Whaley Ln
Whaley Bridge
High Peak SK23 7BA
UK


Amex Dsnb
9111 Duke Blvd
Mason, OH 45040-8999


Andrew & Kim Adams
163 Chaulden Ln
Hemel Hempstead
Hertfordshire HP1
UK

Andrew & Samantha Samuel
15 Colonsay Dr
Newton Mearns
Glasgow G77 6TY
UK


Andrew Paterson
Flat J Royston
55 Putney Hill
London SW15 6RZ
UK

Daniel C Elkins
283 Cranes Roost Blvd
S-111
Altamonte Springs, FL 32701-3418


Lindsay Mary Oxley
9054 Paolos Place
Kissimmee, FL 34747-1564


Adam Maine
Windermere Main Road
Broomfield, Chelmsford
Essex CM 1 7El
UK


Ajay Chandarana
2 Knightlow Rd Birmingham
West Midlands B17
UK


Albano & Olga Pereira
37 Castledine Rd
London SE20 8PL
UK


Alistar & Janette Lee
8 Bogsmill Rd
Edinburgh EH14 2LX
UK


Amex/American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245


Andrew & Margaret Palmer
Applegarth House
Manor Close
Middlesbrough TS9 5AG
UK

Andrew & Susan Mock
87 Lime Ave
Leamington Spa CV32 7DG
UK


Angus Walker
31 Coughton Ln Coughton
Alcester B49 5HN
UK

Ann Dyer
24 Derby Rd
Sutton SM1 2BL
UK

Ann Starkie
Howarth Fold Farm
Howarth Fold, Blackburn Road
Egerton, Bolton BL7 9PP
UK

Ann lundie
11 S Meadow South
Horrington Village
Wells BA5 3DJ
UK

Anne Boyd
74 Turners Hill Hemel
Hempstead HP2 4LH
UK

Annette Booz
40 Westcott Way
Northampton NN3 3BE
UK

Anso & Vivienne Owen
24 Richardson Crescent
Cheshunt
Waltham Cross EN7 6WZ
UK

Anthony & Jane Good
Old Place Lower Road
Sutton Valence
Maidstone ME17 3AL
UK

Anthony & Judith Bennett
57 St George's Ave Windle
St Helens WA10 6HB
UK

Anthony Colliver
40 Hastings Rd
London W13 80H
UK

Anthony Rosser & Laura Davis
34 Tudor Mews Miskin
Pontyclun CF72 8SL
UK

Anthony Searle & A Grehan
119 Whitehill Rd
Hitchin SG4 9HT
UK

Anthony Stowell & Keith Davi
7 N Cray Rd
Bexley DA5 3L Y
UK

Aurelia Perrio
91 Caie Walk, Bury St.
Edmunds, Suffolk IP33 2PH
UK

Avtar Singh & Lukwinder Gola
805 Cranbrook Rd
Ilford IG6 1JA
UK

BB& T Bank, successor to
Colonial Bank
200 W 2nd St 3rd FI Legal
Winston Salem, NC 27101-4019

Balbir & Makhan Bassi
189A Passage Rd
Bristol BS10 7DJ
UK

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barbara & Janusz Cronin
19 Ellenshaw Close
Rochdale OL 12 7GP
UK

Barbara & Timothy Martin
6 Kiln Ln Winkfield
Windsor SL4 2DU
UK

Beal Bank NV, successor to
Marshall Bank NA
1970 Village Center Cir
Suite 1
Duckwater, NV 89314

Bealls/GNB/Comenity Bank
Po Box 182686
Attn: Bankruptcy Department
Columbus, OH 43218-2686

Bernard & Christine Brett
120 St Stephen's Rd
Canterbury CT2 7 JS
UK

Bernard & Constance StLouis
19 Pembroke Rd
London N13 5NR
UK

Bobby Dixon
241 Oakington Manor Dr.
Wembley, Middlesexy HA9 6ND
UK

Branch Banking and Trust Company
c/o Foley & Lardner LLP
Attn: Kevin A Reck
111 North Orange Ave, Ste 1800
Orlando FL 32801-2386

Brian & Doreen Billsberry
9 Hunters Way Spencers Wood
Reading RG7 1 HW
UK

Brian & Sandra Clowes
19 Park Dr Hale
Altrincham WA 15 9DJ
UK

Brian Johnstone
27 Augustus Close
St Albans AL3 4J H
UK

Brian Mccann
52 Box Lane
Hempel Hempstead HP3 ODJ
UK

Brian Rule
21 St Johns Rd
Leicester LE2 2BL
UK

Bridget Calver & Andrew
Smuthwaite
22 Chaffe's Ln Upchurch
Sittingbourne ME9 7BN
UK

Bujhil Shah
2 Saddleback Close Worsley
Manchester M28 1 UU
UK

Bushra Birchall
Amber1
Boltern End Lane
Bolter End, Bucks, HP13 3NB
UK

Byron Massey&Justine Anthony
c/o Gregory W. Stoner
The Property Rights law Firm
121 S Orange Ave Ste 1470
Orlando, Fl 32801-3251

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Carol & Stephen Evans
20 Hillmead Langford
Bristol BS40 5HA
UK

Carole Dark
44 Hawn Ln.
Halesowen B63 3RN
UK

Cecil Bernard
6 Hastings St
London SE18 6SY
UK

Cecilia Darker
100 Downham Rd
London N1 5BE
UK

Cefin Thomas
Keith Roberts
62 Manor Way
Cardiff CF14 1 RJ
UK

Charles & Gillian Talbot
12 Riddings Rd Hale
Altrincham WA 15 9DS
UK

Charles & Susan Tugman
Manor Hill Coach House
Purton
Swindon SN5 4EG
UK

Charles Kelly & M lavelle
2 Summerfield Rd
Watford WD25 OEZ
UK

Charles Robertson
17 Ashley Park S
Aberdeen AB10 6RP
UK

Charles Strickson
31 Campbell Ave
Leek ST13 5RR
UK

Charlie & Lauren Broughton
112 Devonshire Ave.
Southsea, Hamps PO4 9EG
UK

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase
Po Box 24696
Columbus, OH 43224-0696

Chhotubhai Mistry
Madhubala Mistry
27 Hopping Hill Gardens
Northampton NN5 6PF
UK

Chi Hing Tsang
8 Canwell Gardens
Bilston NV14 OUW
UK

Chris & Fiona Webb
59 Wolversdene Rd
Andover SP10 2AU
UK

Chris Brooks
Corner Cottage
Onslow Green
Barnstron Dunmow CM6 3PP
UK

Chris Cleary
Flat A, 53 Romford Rd
London E15 41 Y
UK

Chris Thacker
17 Newfield Crescent
Halesowen B63 3SS
UK

Christine Orr
Ashdene Ct
Ferntower Rd Crieff
Perth and Kinross PH7 3SP
UK

Christine and David Rivett
55 Reservoir Rd
Ruislip HA4 7TT
UK

Christopher & Diane Smyth
Austin Warners Hill Cookham
Maidenhead SL6 9NU
UK

Christopher & Susan Short
Southway Filmer Road
Godalming GU7 3AB
UK

Christopher lewis
6 Paddock Ct Hartley Wintney
Hook RG27 8ll
UK

Christopher&Josephine Soane
28 Walkersgreen Rd
Newcastle ST5 7SR
UK

Chrysler Credit/TD Auto Finance
Attn: Bankruptcy
Po Box 551080
Jacksonville, FL 32255-1080

Ciaran & Sinead McGurk
69 Quarry Rd Knockcloghrim
Magherafelt BT45 8NS
UK

Citi
Po Box 6497
Sioux Falls, SD 57117-6497

Citibank Sd, Na
Citi Corp Credit Services/Attn:Centraliz
7920 Nw 110th St
Kansas City, MO 64153-1270

Citrus Bank/fhlmc
Td Bank/Attn: Bankruptcy
Po Box 9547/Ms: Me2-002-037
Portland, ME 04112-9547

Claudia and Justin Rich
Stroodlands, Horsted Pond Ln
Little Horsted
Uekfield TN22 5T J
UK

Colin Probert
24 Conygar Close
Clevedon BS21 6AP
UK

Colin Reedman
8 Langside Gate
270 Camphill Ave
Glasgow G41 3AS
UK

Conrad Elliot & Corinna Maso
47 Druids Ln Wythall
Worcestershire B14 5
UK

Craig Peacock & Teresa
Hartshorne
322 Winterthur Way
Basingstoke RG21 7UO
UK

Dahlia and Dawnley Martin
2 Meadow Walk
Leeds LS7 4RN
UK

Damian Brian Taylor&
Anne Walsh
7 Fox Bank Close
Widnes WA8 9DP
UK

David & Debra Holden
6 Knightsbridge Ave
Northwich CW9 8GE
UK

David & Delia Guest
58 Westbourne Terrace
Reading RG30 2RP
UK

David & Gwendoline York
18 Bedehouse Bank
Bourne PE10 9JX
UK

David & Jennie Ward
Holmesfield Hall Castle
Hill The Common, Holmesfield
Dronfield S18 7WP
UK

David & Karen Riley
21 Quince Rd Hardwick
Cambridge CB23 7XJ
UK

David & Katherin Norris
44 Waterloo Road
Radstock BA3 3ER
UK

David & Louise Perry
7 Orchard Ln
East Molesey KT8 0BN
UK

David & Megan Goulden
19 Barnfield Rd Woolston
Warrington WA 1 4NW
UK

David & Rita Reid
70 Sandhill Oval
Leeds LS17 8EE
UK

David & Shelley Deakin
15 Hunt Close Hawkinge
Folkestone CT18 7FJ
UK

David & Susan Rimmer
2 Darland Ln Rossett
Wrexham LL 12 OEL
UK

David & Susan Tibbs
5 Lindsay Rd
Poole BH14 6AN
UK

David & Vivien Moorhouse
18 Priory Gardens
Corbridge NE45 5HZ
UK

David Cook
26 Fullerton Rd Hartford
Northwich CW8 1 SS
UK

David Morris
27 Pyotts Copse Old Basing
Basingstoke RG24 8WE
UK

David Puttick
12 Prince William Close
Worthing BN14 0AZ
UK

David Saunders
and Shane Symes
30 Langham Road
Hastings, E Sussex TN34 2JG
UK

David Willey
Sandpiper House, Frogmore
Kingsbridge TQ7 2NR
UK

David Wills & AnnetteJohnson
45 Tudor Way Great Boughton
Chester CH3 5XO
UK

Deborah Smith & Michael Ford
4 Burnside Close
Stenson Fields
Derby DE24 3LR
UK

Debra McCarthy
24 Flintwich Manor
Chelmsford CM 1 4YP
UK

Dennis Currie
48 Houston Rd Long Ditton
Surbiton KT6 5RL
UK

Derek Thompson
165 Tentelow Lane
Southall, UB@ 4LP
UK

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Doug Flemming
3 Shields Ave
St Andrews KY16 8BJ
UK

Dr. Gursharan Biant
60 Lamplighters Close
Hempstead
Gillingham ME7 3NZ
UK

Dr.Val & Paul Chapman
Jasper Lodge Little Witley
Worcester WR6 61F
UK

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Eifion & Nona James
37 Penymorfa
Carmarthenshire SA31 2NP
UK

Elizabeth A. Green
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

Emily Stratford Pearson
255 Surbiton Hill Park
Surbiton KT5 8EN
UK

Emmad Rghei
8 Parish Mews
Yeovil BA21 3AS
UK

Emmanuel Obeng
12 Marlborough Close
Crawley RH11 9PB
UK

Eric Gardiner
151 Mugdock Rd Milngavie
Glasgow, Lanarkshire G62 8ND
UK

Everbank Financial Corporati
501 Riverside Ave
Jacksonville, FL 32202-4934

FDIC
Receiver Marshall Bank NA
1601 N Bryan Street
Dallas, TX 75201-3430

FDIC
Receiver: BankFirst
1601 Bryan Street
Dallas, TX 75201-3430

Fairwinds Credit Union
135 W Central Blvd
Orlando, FL 32801-2478

Fairwinds Credit Union
c/o Burr & Forman L L P
Attn Lisa J. Geiger, Esq
200 S Orange Ave Ste 800
Orlando, FL 32801-6404

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Foley & Lardner, LLP
PO Box 2193
Orlando, FL 32802-2193

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121-6275

Freda Bell & Patrick Montana
Swallett House, Main Rd.
Christian Malford, SN15 40D
UK

GECRB/ Dillards
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

GECRB/Walmart
Walmart/GEMB
Po Box 103104
Roswell, GA 30076-9104

Gail McDoland and Lynne Burn
11 Roseburn Ct.
Cumbernauld Glasgow G67 3PS
UK

Gareth Jones
70 Station Rd Nassington
Peterborough PE8 6QB
UK

Gary & Ann Gates
2 Pant Y Deri Pontlliw
Swansea SA4 9DO
UK

Gary and Susan Edwards
13 Bryn- Y -Gwynt Pentre Halky
Holywell CH8 8HU
UK

Gay & Catherine Hargraves
144 Totley Brook Rd
Sheffield S17 3QU
UK

Gecrb/Lowes
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Gecrb/tjx Cos
Po Box 965015
Orlando, FL 32896-5015

Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Geoff & Sharon Sagor
53 Belsize Ln
London NW3 5AU
UK

Geoffrey and Lesley Holt
110 Chiltern Dr.
Surbiton, Surrey, KT5 8LX
UK

George & Lyudmila Gaffin
35 Park Ave
West Harrison, NY 10604-2611

Geraldine & Phillip long
10 Nursery Gardens
Goff's Oak
Waltham Cross EN7 6RZ
UK

Gillian Horwood Lacey
Gillian Anne Designs
9 Potter St
Harlow CM17 9AD
UK

Goeff & Helen Wildon
3 Ball Ln Osier Field
Kennington, Ashford TN25 4PL
UK

Gordon & Jacqueline Smith
Holmfield
Beech Lane, West Ayton
Scarborough YO13 9JG
UK

Gordon & S K Lirn
14 Falcon In Norton
Stockton-on-Tees TS20 1 1S
UK

Graeme Cochrane&Lynne Knight
53 Gandalfs Ride
South Woodham Ferrers
Chelmsford CM3 5WX
UK

Graham & Anne Cook
2 Darluith Park Brookfield
Johnstone PA5 BOD
UK

Graham & Michaela Johnson
26 Dahlia Gardens
Mitcham CR4 1 LA
UK

Graham Price
Scuttle The Drive
Leatherhead KT22 9EN
UK

Graig Hughes-Morgan
32 Victorian Hights
Thackeray Road
London SW8 3TE
UK

Gurmit & Jasbir Chohan
21 Buckland Ave
Slough S13 7PJ
UK

Gurmit Sanghera
& Salinda Mann
44 Greaves Ave
Walsall WS5 3QG
UK

Hardesh Degun
27 Robins Way
Hatfield AL 10 900
UK

Harnek Singh Mand
107 Mornington Crescent
Hounslow TW5 9SU
UK

Harry Wooding
Pendower
Canterbury Rd
Lyminge
UK

Hayden & Roxana James
1 Lon Cefn Mably Rhoose
Barry CF62 3DY
UK

Helen & Jonathan Jenvey
18 Pen- Y -Graig Rd
Pontardawe
Swansea SA8 3BS
UK

Helen & Kerry Silverthorn
59 Memorial Rd
Bristol BS 15 3J D
UK

Helen Webb
23 Hannah Rd
Sheffield S13 7RU
UK

Henry Sherman
5 Kibworth Close Whitefield
Manchester M45 7LS
UK

Herminder Gill
137 Waltham Ave
Hayes UB3 1TE
UK

Hubert & Adeline Ezirim
79 Wentworth Dr
Dartford OA 1 3NQ
UK

Ian & Jenny Readman
17 Violet Ave
Fareham P014 3PT
UK

Ian Myers
Ashlands' Cud ham Lane
Sevenoaks TN14 7RB
UK

Ingrid Stevenson
15 Wainwright St Bishop's
Stortford CM23 4GJ
UK

Ismail Mehmet Talip
15 Pine Grove Hempstead
Gillingham ME7 3QR
UK

James & Karin Hughes
Kinburn
Highleigh Rd Highleigh
Chichester P020 7NN
UK

Jasbir Singh
5 Cotham Hill
Bristol BS6 6LD
UK

Jaspal Sahib
63 Mortlake Rd
IIford IG1 2SY
UK

Jean-luc & Penelope Charles
Flat 17 Palace Rd
London SW2 3EG
UK

Joanne & Graham Bullen
27 Bentley Place
57 -59 Baker St
Waybridge KT13 8BF

Hughbon Condor
15 Henconner Rd
Leeds LS7 3NU
UK

Ian & Rachel Linton
Dorvis Cottage, Dorvis In
Ashdon
Saffron Walden CB10 2HP
UK

Ian Warwick
42 Bronze Close Beggarwood
Basingstoke RG22 4UF
UK

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

James & Christine Laing
40 Kilworth Ave Shenfield
Brentwood CM15 8PT
UK

James & Pamela Redfern
Cooloo Cottage, Burwardsley
Chester CH3 9NP
UK

Jason & Dawn Bruton
52 Carter Dr
Beverley HU17 9GL
UK

Jasvinder Sangha
22 The Grange
Birmingham B20 1 BH
UK

Jeffrey & Eleanor Crabtree
18 Orchard Rise
Sowerby Bridge HX6 1 EJ
UK

Joanne & Lawrence Ah-Mun
20 Claremont Crescent Rumney
Cardiff CF3 4LS
UK

Ian & Carol Russell
44 Acorn Way Sir Williams
Red Lodge Bury Street
Edmunds IP28 8FY
UK

Ian Elliott & Karen Mellor
60 Royal Hill Road
Spondon, Derby
Derbyshire DE21 7AQ
UK

Indradeo Baungally
4 Netherfield Rd
Harpenden AL5 2AG
UK

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

James & Karin Hughes
Kinburn
Highleigh Rd Sidlesham
Chichester P020 7NN
UK

James Mcmullan
2 Drummamallaght Park
Balleymoney, County Antrim
BT53 7QZ
UK

Jason & Helen lyons
Meadowbank
Aller langport
Somerset TA10 OQN
UK

Jay & Rachel Wright
Hobson House, Hobson Lane
Capernwray
Cranforth LA6 14E
UK

Jeremy Miles
76 Stonor Park Rd
Solihull B91 1 EG
UK

John & Joan Hancock
11 Arborfield Rd Shinfield
Reading RG2 9DY
UK

John & Pam Langdell
High Beeches, Pipers End
Virginia Water GU25 4AW
UK

John Bishop & Jonathan Bell
24 Lyneham Gardens Minworth
Sutton Coldfield B76 1XH
UK

John Christoffersen
71 Highgate Rd
Walsall WS 1 3J B
UK

John Swail
10 Derrycaw Rd
Dungannon BT71 6SX
UK

John Westgarth
Decoy Cottage Ranworth
Norwich NR13 6HS
UK

Jon Sutton
3 Tregony Rd
Orpington BR6 9XA
UK

Jonathan Berman
32 Allandale Ave
London N3 3PJ
UK

Joy Smith & David Chaplin
57 Hawlands
Rugby CV21 1JR
UK

Jozsef Turza
220 Kew Road 10 Sussex House
Richmond TW9 3JZ
UK

Julie & Stefan Kapota
39 Regency Garden
Walton-On-Thames KT12 2BE
UK

Juliet Cox
37 Upper Belgrave Rd
Bristol BS8 2XN
UK

Kamaljit & Jasbir Manku
82 York Ave
Wolverhampton WV3 9BU
UK

Karen & Robert Sawers
9 Rossland View
Bishopton PA7 5NB
UK

Katarzyna Vine
Flat 133, Princess Park Mano
Royal Or London Borough of
Barnet, London N 11
UK

Katie Gatwood
504 Lost Creek Ct
Kissimmee, FL 34743-6128

Keith Rogers & Neelam Sharma
131 Penrose Ave
Watford WD19 5AA
UK

Ken & Diane Wootton
Ty Coed
Forest Road Ascot
Berks SL5 80F
UK

Ken Davie & Jennifer Jackson
36 Keps End, Tranent
East Lothian EH33 2GZ
UK

Kenith & Patricia Dance
Flat 1, Kingfisher Ct
8 Swan St
London SE1   1BF
UK

Kenneth & Caroline Eddie
Cracken Edge
Maynestone Road, Chinley
High Peak SK23 6AF
UK

Kenneth & Kathleen Morris
25 Winters Way Holmer Green
High Wycombe HP15 6YA
UK

Kerry Griffiths
26 Highdown Way
Swindon SN25 4YD
UK

Kerry Jarman
Oldfield
Woodgaston Ln
Hayling Island P011 ORL
UK

Kevin & Barbara Bell
Shaftesbury House
Riding Mill
Northumberland NE44 6HX
UK

Kevin & JM Nairne
Hillview, Dobbie Rd
Upper Quinton
Stratford-upon-Avon CV37 8SU
UK

Kevin & louise Buck
49A Abbots ln
Kenley CR8 5JB
UK

Kin Lee
3 Beech Ave
Manchester M22 4JE
UK

Kuljinder & Kamaldip Singh
49 Priorwood Rd
Newton Mearns
Glasgow G77 6ZZ
UK

Lain & C A Pullinger
52 Wheatfield Rd
Luton LU4 OTR
UK

Landmark Reporting, Inc.
1516 E. Hilcrest st.
Suite 300
Orlando, FL 32803-4724

Leslie & Sian Hewitt
Southern Acres, Wrexham Rd
Penyffordd, Chester, Cheshir
CH40HU
UK

Lorna Malcolm Newman
& Winston Newman
117 Upland Rd
London SE22 ODF
UK

Lorne & Jane Mash
89 Claydon Dr
Croydon CRG 4QX
UK

Louis Rapley
48 Highland Road
Chichester PO19 5QT
UK

Louise Perryman & John Greig
Old Forge Cottage
Padbrook Ln, Preston
Canterbury CT3 1 HE
UK

Lynn & Mark Brook
6 Staitheway Rd Wroxham
Norwich NR12 8TH
UK

Maggie
Whitehouse Faram
North Sydmonton
Newbury RG20 9AF
UK

Mair & Douglas Stockdale
Honeysuckle Barn
Water Lane
Suffolk IP21
UK

Malcom Farrniloe
31 Reynard Close
Redditch B97 6PY
UK

Manas Datta
52 Carter Dr
Beverley HU17 9GL
UK

Marc Selzer & Maria
Martinez-Cantu
19 Hardings Row
Iver S10 OHJ
UK

Marcella Sutcliffe
Chapelgarth, Great Broughton
Middlesbrough TS9 7ET
UK

Margo Shepehed
36 Brockwood Park Blackburn
Aberdeen AB21 OJT
UK

Maria Chapman & Ian Harper
3 The Stable Yd Constable
Way, Coleorton
Coalville 1H67 8FW
UK

Mark & Catherine Hall
1 Churchill Close Flackwell
Heath
High Wycombe HP10 9LA
UK

Mark & Denise Adams
9 Peacock Rd Sion Mills
Strabane BT82 9NN
UK

Mark & Jane Blois
12 Wordsworth Rd
West Bridgford
Nottingham NG2 7 AN
UK

Mark & Judy Fox
Canal Cottage
Creech St. Michael
Taunton TA3 5QD
UK

Mark & Madeline Greatbatch
Forest Hall Farmhouse
Hatfield Broad Oak
Bishops Stortford CM22 7 BT
UK

Mark & SJ Hawthorne
183 Cubbinqton Rd
Leamington Spa CV32 7AU
UK

Mark Benison & Louise Johnso
Aukland Farm
Ompton, Newark
Nottinghamshire NG22 OAU
UK

Mark Herriott
22 Sackville Ln
East Grinstead RH 19 2AU
UK

Mark Hunt
171 Carshalton Road
Surrey SM14 4NG
UK

Mark Johnson & Debbie Reid
8 Seymour Ave
Epson, Surrey KT17 2RP
UK

Mark Lawrence
18 Craigleith Hill Park
Edinburgh
Midlothian EH4 2NR
UK

Martin & lynn Cockerell
10 Woodcombe
Melksham SN12 7SD
UK

Martin Webb
7 Arlington Crescent
Wilmslow
Cheshire SK9 6BH
UK

Martin Webb & Toni Yates
7 Arlington Crescent
Wilmslow SK9 6BH
UK

Mary Ismael & Timothy
Tubbs 13
21 Buck Ln
London NW9 OAP
UK

Matthew Grant & DavidMurtagh
13 Derwentwater Gardens
Whickham
Newcastle upon Tyne NE16 4EY
UK

Maureen & Stephen Madden
4 Walmsley Dr Rainford
St Helens WA 11 8EN
UK

Maurice Reid & Denise
Braithwaite
4 Harryville Park
Lisburn BT27 5DS
UK

Mauva Campbell
6 Martens lake Longworth
Abingdon OX13 5EG
UK

Mayu Reynolds
55 High Rd North Weald
Bassett
Epping CM16 6HW
UK

Melvyn & Beverly Patten
6 Brentwood Rd Ingrave
Brentwood CM13 3QH
UK

Mercantile Bank
c/o GrayRobinson P A
Attn: John M. Brennan
301 E Pine St Ste 1400
Orlando, FL 32801-2798

Michael & Jane Harding
8 Hollyoak Rd Sutton
Coldfield B74 2FG
UK

Michael & Lesley Plank
4 Cotswold Rd Lytham
St Annes FY8 4NN
UK

Michael & Rita Waterman
15 Prosen Bank
Carnoustie D07 6GX
UK

Michael Ferrabee
9 Chartwell Gardens
Warrington WA4 5HZ
UK

Michael Maydon
Blacksmiths Farm
Neatishead Road Ashmanhaugh
Norwich NR12 8YJ
UK

Michael Pennington
40 Whiteford Rd
Plymouth PL3 5LX
UK

Mick & Jennifer Hyland
2 Cavalier Rd Old Basing
Basingstoke RG24 7EP
UK

Mike Thomas & Jason Nash
73A Harcourt Terrace
London SW10 9JP
UK

Milford & Jacqueline Green
86 Knighton Park Rd
London SE26 5RL
UK

Milford Green
86 Knighton Park Rd
London SE26 5RL
UK

Mir & Najmun Hussain
17 Seaton Grove
Seaham SR7 0LU
UK

Nahid Toubia & Nancy Hersh
42 Milman Rd
London NW6 6EG
UK

Narash & Surinda Khosla
4 Caernarvon Close
Willenhall WV12 5TR
UK

Narvin Patel
79 Hythe Rd
Ashford TN24 8PH
UK

Natalie & Robert Collier
166 Ivy Rd
Bolton B11 6EE
UK

Neil & Jacqueline Campbell
220 Buckhurst Way
Buckhurst Hill IG9 6JG
UK

Neil & Kathryn Cooper
6 Fifth Ave, Baylands
Bangor BT20 5JP
UK

Neil & Margaret Bamber
115 Ideyes Lane
Alderly Edge SK9 7LR
UK

Nicholas & Ceri Corney
13 Lon- Y -Dail
Cardiff CF14 6DZ
UK

Nicholas Callebaut & Nerony
Scott
8 Lambourn Way
Chatham ME5 8PU
UK

Nicholas James Gilland
11 Cleadon Towers
The Lonnen
South Shields NE34 8EN
UK

Nicholas Moorbath
21 Crescent Rd
Oxford OX4 2NZ
UK

Nicholl Hartshorne & Richard
Whaler
18 Dale Crescent New Tupton
Chesterfield S42 6OS
UK

Nick Masterson
6 The Acorns Stonegate
Wadhurst TN5 7EY
UK

Nigel & Heidi Watts
6 Popall Lane, Wingham
Canterbury CT3 1AT
UK

Nigel Rodrigues
1 Manor Mt
London SE23 3PY
UK

Nilavra Mukerji
Flat 20, Chesney Court
Shirland Rd
London W9 2EG, UK
UK

Nina Schwarz
50 Shelly Rd
Chelmsford, Essex CM 2 6BT
UK

Osceola County Tax Collector
Attn: Patsy Heffner
Post Office Box 422105
Kissimmee FL 34742-2105

Pamela Paul & Colin Mitchell
1-2 Broad Oak Cottages Old
Honey Lane, Henley Road
Bershire SL6 5LW
UK

Patrick Bourdillon
Llwynmadoc Beulah Llanwrytd
Wells Powys LD5 4TT
UK

Paul & Anne Donovan
37 Park Town
Oxford OX2 6SL
UK

Paul & Claire Baker
10 Charlton Park Gate
Cheltenham GL53 7DJ
UK

Paul & Constance Chrisp
15 Blackwell Scar
Darlington Dl3 8Dl
UK

Paul & D Wentworth
Ballard Down China Lane
Tarrant Gunville OT11 8JR
UK

Paul & Elizabeth Angus
3 Southbrook Court
Southbrook Lane
Whimple Exeter EX5 2PG
UK

Paul & Elizabeth Neal
35 Foxhollow Bar Hill
Cambridge CB23 8ER
UK

Paul & Geraldine O'Connor
2 Osprey Ave
Dublin 6W, Co. Dublin
UK

Paul & Patricia White
71 Beech Ave Gatley
Cheadle SK8 4L T
UK

Paul & Tatyana Tavares
8 Norbiton House
Camden Street
London NW1 OLD
UK

Paul Alexander
8 Larches Way Blackwater
Camberley GU17 OEO
UK

Paul Donovan
37 Park Town
Oxford OX2 6SL
UK

Paul Dutton
14 Linnet, Mickelover
Deby DE3 OSJ
UK

Paul Melville
66 Judge St
Watford WD24 5A W
UK

Paula & Ian Skinner
3 McCall Close Wrea Green
Preston PR4 2WT
UK

Peter & Heather Olivier
9 Park Wood Close Caerleon
Newport NP18 3SX
UK

Peter & Josephine Hodgson
Senieta
Corsee Road, Banchory
Aberdeenshire AB31 5RS
UK

Peter & Maria Walker
19 Alexandra Gardens Stanley
Carshalton SM5 4LJ
UK

Peter & lynn Clark
31 Maple Leaf Dr
Birmingham B37 7JB
UK

Peter Drewell
53 Sycamore Glade
Livingston EH54 9JG
UK

Peter Hicklin
& Richard Hicklin
3 Gayton Avenue
Derby DE23 1 GA
UK

Peter Innes
8 Orefield PI East Kilbride
Glasgow G74 4BB
UK

Peter Linchmore
33 Withcote Ave
leicester lE5 6SW
UK

Peter and Ellen Fermie
3 Westbury Ave.
Claygate, Esher KT10 OON
UK

Philip & Deloris Collett
65 Underwood Rd
Birmingham B20 1JR
UK

Phillip & Linda Russell
67 Newfield Gardens
Marlow SL71 JR
UK

Phillip Roe & Alan Wrann
97 Cassell Rd
Bristol BS 16 5DG
UK

Rabinder Samra & Susan
19 Gunnersbury Way Nuthall
Nottingham NG16 1QD
UK

Raymond Bell
Rozel Parkham Road
Brixham TQ5 9 BU
UK

Renganathan Ramamoorthy &
Bhavana Chawda
26 Shooters Hill
Sutton Coldfield B72 1 HX
UK

Richard & Karen Taylor
32 Stone Park Ave .
Beckenham BR3 3LX
UK

Richard Osband
c/o Courtenay Trust Ltd.
Royal Geographical Society
Building 1 London SW7 2AR
UK

Richard and Margot Norris
Hollybank House Wood Lane
Aspley Guise
Milton Keynes MK17 8EL
UK

Robert & Lynda Duffy
11 High Pastures
Keighley BO22 6Y J
UK

Philippe Vigneron
6 Witham Rd
London SE20 7YA
UK

Phillip Chapman
Holly Cottage
low Hutton
York YO60 7HO
UK

Phillip Wright
66 Kings Rd
Bungay NR35 1 RR
UK

Ramesh &Jitendra Chhatralia
71 Colin Park Rd
London NW9 6HT
UK

Raymond D'rozario
7 Delbooth Ave Urmston
Manchester M41 8SD
UK

Rhodri Yorath Williams
2 Fir Tree Cottages
Burchetts Green Rd
Windsor and Maidenhead SL6
UK

Richard & Penny Lyon
Verwood Cypress Way Grayshot
Hampshire GU26
UK

Richard Waithe & Penelope
Heracleous
Flat 34, Willett House
Queens Rd, W London E13 0RX
UK

Rob Gates
Clifton Cottage
High Street malpas
Cheshire SY14 8NN
UK

Robert & Susan Brett
Madinat Jumeirah
PO Box 75157
Dubai
UAE

Phillip & JUlie leslie
25 Smalls haw Close
Ashton-in-Makerfield
Wigan WN4 91W
UK

Phillip O'Sullivan
12 Swanhill
Peterborough PE8 6LG
UK

Providian/Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Rashiklal Patel
c/o Sheel & Shikha Patel
9 Ranmore Ave
Croydon CRO 5QA
UK

Rebecca & Kevin Davison
The Orchards
Back Ln Bilbrough
York YO23 3PL
UK

Richard & Andrea Mayland
70 Runnymede Rd Ponteland
Newcastle upon Tyne NE20 9HH
UK

Richard Hipkiss & Julie
Collier
29 Arethusa House, Gunwharf
Quays, Portsmotuh POi 3TQ
UK

Richard Webb
2 The Alders
Barton Under Needlewood
Burton-on- Trent DE 13 80N
UK

Robert & Gillian Ruth Bint
20 Grayswood Drive Mytchett
Camberley GU16 6AR
UK

Robert Cousens
5 Gibbs Yard
15 Cross Bedford St
Sheffield, S Yorkshire S6
UK

Robert McBurney
Backwood Hall Farm Cottage
Boathouse Ln Parkgate
Neston CH65 3SZ
UK

Robert Proud ley
18 Somerset Close
York Y030 5WG
UK

Roger & Janet Earnshaw
53 Blue Waters Dr
Paignton TQ4 6JF
UK

Roger & Kathleen Hancock
58 Blackbrook Park Ave
Fareham PO15 5JW
UK

Roger Lindley
17 Primrose Way
Sandhurst GU47 8Pl
UK

Roger Morris
79 Lichfield Grove
London N3 2JL
UK

Roma & Francis Zerafa
5 Lancelot Rd
Manchester M22 5JN
UK

Rory Maclachlan
Newliston House
Kirkliston EH29 9EB
UK

Ros & Pieter Kruger
The Bramleys
Church Road
Marlow, Bucks SL7 3RZ
UK

Rosemary Rowntree &
Stephen Johnson
18 Lower Farnham Rd
Aldershot GU12 4EA
UK

Rosemay Fletcher
11 Dunbar Dr
Thame OX9 3YD
UK

Rosetta & Giovanni Grieco
41 Temple Rd
Epsom KTi9 8EY
UK

Ross & Barbara Harfield
86 Saxon Leas Winterslow
Salisbury SP5 1 RW
UK

Roy Miller
22 Braehead PI
Linlithgow EH49 6EF
UK

Rue Samra
19 Gunnersbury Way
Nuthall
Nottingham NG16 1QD
UK

Rula Byrne
20 Mariner Gardens
Richmond TW10 7UT
UK

Rupert Haines
65 Balglass Rd Howth
Co. Dublin, Ireland
UK

Rupinder Grewal
1 Burntwood
Brentwood CMi4 4FJ
UK

Russell &Marika Canner
4 Mill Hey Rd Birkenhead
Merseyside CH48
UK

Russell Arden
56 Hanging Stone Rd
Huddersfield HD4 7OT
UK

Russell Garner
139 Brown's Ln Allesley
Coventry CV5 9DY
UK

Sally Rowley-Williams
Mill Cottage, Appleford Road
Sutton Courtenay
Oxon, OX14 4NH
UK

Samantha Golding
Keith Addis
Charleston Western Road
Cheltenham GL50 3RN
UK

Sandra & Craig Marshall
25 Summerfield Cottages
Glasgow G14 ORB
UK

Sanjay & Beena Adatia
5 Oakridge Close
Hamilton, Leicester LE5 1 UP
UK

Shahram & Simin Alaee
4 Stretton Close Penn
High Wycombe HP10 8EW
UK

Shashi & Pramod Khirwadkar
88 Blackwood
Coalville LE67 4RF
UK

Sheriffe Khan
Flat 517, Falcon Wharf
Battersea
London SW11 3RF
UK

Shivji Gangji
128 Turner Rd
Edgware HAS 6BH
UK

Sim & Kym Slater
5 London Rd Wid ley
Waterlooville P07 5AT
UK

Sim & Vanessa Hurst
Chiltern House
Fern Lane
Marlow SL7 3SD
UK

Simon Cowell
20 Noon Hill Rd
Verwood BH31 7DB
UK

Simon Sketch ley & Sheryle
Daniels
87 Liederbach Dr.
Verwood BH31 6GG
UK

Stephen & Elaine Mead
4 Westwood Close
Amersham HP6 6RP
UK

Stephen & R Kate Penrose
Highfield Seven Star Green
Eight Ash Green
Colchester, Essex C063 3QB
UK

Stephen and Elizabeth Miles
Candwr House, Candwr Rd
Ponthir, Newport NP18 1 PH
UK

Steven & Deidre Prior
169 Oxford Rd Windsor
Berkshire SL4 50X
UK

Stuart Flowers
Spencerlea Mill Lane
Worcester WR8 9HQ

Sundstrom, Friedman et al
Attn Martin S. Friedman
766 N Sun Dr Ste 4030
Lake Mary, FL 32746-2554

Susan Smith & Brian Ross
21 Joy Wood
Boughton Monchelsea
Maidstone ME17 4JY
UK

Sime & Patricia Leaver
1 Tolgate Cotteages
Colney Heath
Herts AL4 OQT
UK

Simon Lamber & Jane Wade
40 Dickinson Square
Croxley Green
Rickmansworth WD3 3EY
UK

Stefan Lapihuska
33 Linden Close
Dunstable LU5 4PF
UK

Stephen & Julie Holdway
Bloomfield Hatch, Mortimer
Reading, Berks R67 3AD
UK

Stephen & Susan Sharrock
2 Camomile Close
Chorley PR7 1 BF
UK

Steve Green
53 Drumburgh Ave
Carlisle CA3 OPD
UK

Steven & T Farrell
Primrose Cottage
Vicarage Ln, Olveston
Bristol BS35 4BU
UK

Subash & Anita Panchal
10 Twickenham Way Binley
Coventry CV3 2UW
UK

Susan Bayley
1 Magdalen Crescent Byfleet
West Byfleet KT14 7ST
UK

Suzanne & Katherine Sharman
9 Claremont Ct
Leeds LS6 4DP
UK

Simon & Sata Tatham
4 Brock St Bath
Bath and
North East Somerset BA 1 2LN
UK

Simon Lilly
11 Ashwells Penn
High Wycombe HP10 8DT
UK

Stephanie Frost
42 Melbourne Rd.
Christchurch
Dorsey BH23 2HZ
UK

Stephen & Karina Benison
28 Rodwell Park
Trowbridge BA14 7LY
UK

Stephen O'Driscoll
1 a Ham Van Drive
Bishopstown
Cork, Republic of Ireland
IE

Steve Thomas
43 HQ and SP SQN 25 Eng.
Regiment Waterbeach Barracks
Waterbeach Cambs. CB29 9PA
UK

Storme & Joanne Thompson
36 Glengall Rd
Bexleyheath DA 7 4AL
UK

Sundeep Tannk & Neelam Katec
22 Penderel Rd.
Hounslow TW3 3QR
UK

Susan Cook
3 Moorway Lane
Littleover
Derby, DE23 2FR
UK

Sylvia Sears
101 The Folly
Crossways Ln Thornbury
Bristol BS35 3UE
UK

TD Bank NA
successor to Mercantile Bank
Two Portland Square
Portland, ME 04101-4088

Target N.b.
Po Box 673
Minneapolis, MN 55440-0673

Taruna Patel
24 Richmond Rd
Wolverhampton WV3 9JA
UK


The Presentation Group
PO Box 536934
Orlando, FL 32853-6934

The Property Rights Law Firm
Attn Gregory WStoner Esq
121 S Orange Ave Ste 1470
Orlando, FL 32801-3251

The Spivey Group, Inc.
1700 N. Orange Ave
Suite 100
Orlando, FL 32804-6423


Thomas & Elizabeth Hallam
6 Gotham Ln Bunny
Nottingham NGii 60J
UK

Thomas Martin
5 Briar Close Church Ln
Yapton
Arundel BN18 OES
UK

Thomas and lIeene Anderson
3 Kincraig PI
Dunfermline KY12 7XT
UK


Tim & Judith Miles
47 Stirling Rd
Bournemouth BH3 7JH
UK

Tim & Lindsay Docker
1 Rosemary Dr
Littleborough OL 15 8RZ
UK

Tim Bessex
9 Howard Rd Staple Hill
Bristol BS16 4NR
UK


Tokunbo Adegboye
130 Ibsley Gardens
London SW15 4NG
UK

Tom & Honor Todd
14 Cannon Rd
Ramsgate CT11 9SG
UK

Tom & Kathleen Tomaszewski
6 Ghyll Crescent
Horsham RH13 6BG
UK


Tony & Isabel Hay
32 Westfield Dr Aldridge
Walsall WS9 8ZA
UK

Tracey Peake
7 Reedley Dr Worsley
Manchester M28 7XR
UK

Trevor & Iris Marshall
32 Draperstown Rd Tobermore
Magherafelt BT45 5QG
UK


Trevor & Karen Elson
30 Fordwich Rd
Welwyn Garden City AL8 6EY
UK

Trevor West & June Poree
The Cottage, Bailey LN
Bolton BL2
UK

Valerie Scholes
10 Liederbach Dr
Verwood BH31 6GH
UK


Victor Katte
23 Oakcliffe Road
Manchester M23 1 DA
UK

Vipul Vaidya
19 Grangeway Gardens
Ilford CH40HU
UK

Vistana Spa Condo Assoc
PO Box 105121
Atlanta, GA 30348-5121


Wendy Mawson
8 Sir Len Hutton Dr
Goole DN14 6FB
UK

White & Luczak, PA
558 West New England Ave
Suite 240
Winter Park, FL 32789-4240

Willam & Susan Brisco
2 Bembridge Close
Coppice Farm
Willenhall VW12 5YX
UK


Willem Van Deventer
41 Fullarton Crescent
Troon KA 10 6LL
UK

William Daunt
Geraldine Daunt
Rosendale Lodge
Kilnamartyra Cork Ireland
IE

William Parsons
Moorcroft
Great Moor Rd Patting ham
Wolverhampton WV5 7 AU

Ziauddin Bhaiyat
2 Hardknott Close, Bradford
W Yorkshire BD7 4BA
UK

Iain John Brett
120 St Stephen's Rd
Canterbury CT2 7 JS
UK

Alan J. Elkins +
Elkins & Freedman
6400 N. Andrews Avenue, Suite 300
Fort Lauderdale, FL 33309-9109

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Kevin A Reck +
Foley & Lardner
111 North Orange Avenue
Suite 1800
Orlando, FL 32801-2386

Richard B Webber, Trustee +
Post Office Box 3000
Orlando, FL 32802-3000

Jonathan Sykes +
Burr & Forman LLP
200 S. Orange Avenue,
Suite 800
Orlando, FL 32801-6404

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Audrey Faherty & John Cronin
Reyohn Killeen Cross barry
Innishannon Co. Cork.
IE

(u)Bryan Morrison & Alvin Style
11 Clonard Drive
Sandyford Road
Dublin 016
IE

(u)Christian Rubitschon
and Madeleine Rubitschon
Horal De Casa Rull Sispony
Sispony AD400
ES

(d)Florida Dept. of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

(u)Francis Horan
9 Rathmichael Woods
Old Bray Road
Dublin D18
IE

(u)Gary & Sharon Keely
Byeballs Farm
Great Sampford
Saffron Walden CB10 2RU

(u)Ian Whyles & Marion Reid
Stone Gables
Cashel, Charleston
Co. Mayo.
IE

(u)John & Miriam O'Donoghue
11 Auburn Dr Glenageary
Ballybrack, Co. Dublin
IE

(u)Mark Kelly
41 Hollybrook
Brighton Rd, Dublin 18
Co. Dublin
IE

(u)Martin Monaghan
24 Aisling Close
Ballincollig, Co. Cork
IE

(u)Michael North
30 Linnet Close
Oxfordshire OX4 6EL

(u)Patricia Boushel
8 Eden Villas Sandycove
Co. Dublin
IE

(u)Steven Waite
Calle Iglesia 114
Piso 2 Calella
Barcelona 08370
ES

(d)Vistana Spa Condo Assoc.
POB 105121
Atlanta, GA 30348-5121

(d)Richard B Webber, Trustee +
Post Office Box 3000
Orlando, FL 32802-3000

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients    457
Bypassed recipients     16
Total                  473

4

CFN 2013001670, OR BK 6770 PAGE 1933,
Recorded 01/03/2013 at 11:41 AM, Mitch Needelman, Clerk
of Courts, Brevard County
# Pgs:4

0

BURR & FORMAN LLP
200 SOUTH ORANGE AVE 8TH FLOOR

ORLANDO FL 32801

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

CASE NO.: 09-CA-1316

FAIRWINDS CREDIT UNION,

    Plaintiff,

vs.

WESTSIDE TOWN CENTER, LLC,
ST. CALEB'S CLUB, LLC, MAESBURY
HOMES, INC., MARTYN HARRISON,
LINDSAY OXLEY, PAUL OXLEY,

    Defendants.

_____/



## STIPULATED AMENDED FINAL JUDGMENT AGAINST
## GUARANTORS, PAUL OXLEY AND LINDSAY OXLEY

    THIS CAUSE came on for hearing on the 21st day of September, 2009, upon the Plaintiff's

Motion for Summary Final Judgment as to Guarantors, MAESBURY HOMES, INC., MARTYN

HARRISON, LINDSAY OXLEY and PAUL OXLEY (hereinafter collectively referred to as

"Guarantors"), filed by Plaintiff, FAIRWINDS CREDIT UNION (hereinafter referred to as

"Plaintiff"), whose address is: Attn: Mr. Jim Adamczyk, 135 W. Central Avenue, Orlando, Florida

32801, and upon the Stipulation and Settlement Agreement by and between Plaintiff and

Defendants, WESTSIDE TOWN CENTER, LLC, ST. CALEB'S CLUB, LLC, MAESBURY

206376 v1

## COMPOSITE
## EXHIBIT A

HOMES, INC., LINDSAY OXLEY and PAUL OXLEY (hereinafter referred to as the "Agreement"), and the Court having considered the pleadings, exhibits, affidavits and other proofs filed herein, having heard the arguments of counsel, and being otherwise fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED as follows:

1.    Each of the Defendants, PAUL OXLEY and LINDSAY OXLEY (hereinafter together referred to as "Defendants"), have been validly served with process and a copy of the Amended Complaint in this cause.

3.    Defendants have stipulated to the entry of this final judgment pursuant to Paragraph 4 of the Agreement filed in this action and Plaintiff is therefore entitled to a judgment as a matter of law and to the relief prayed for in said Amended Complaint.

4.    That certain Summary Final Judgment Against Guarantors, Maesbury Homes, Inc., Martyn Harrison, Lindsay Oxley and Paul Oxley, Withholding Execution was rendered by this Court on September 21, 2009, in favor of Plaintiff and against Guarantors in the amount of $10,943,376.22 (hereinafter referred to as the "Judgment").

5.    The Judgment was recorded on October 2, 2009, in Official Records Book 3896, at Page 2412, and a certified copy of the Judgment was recorded on October 21, 2009, in Official Records Book 3904, at Page 1357, both of the Public Records of Osceola County, Florida.

6.    The Judgment provided that any execution of the Judgment would be withheld until the determination of the amount to be setoff from the judgment amount could be determined

206376 v1                                                    2

subsequent to the public foreclosure sale of the real and personal property that was the subject of the instant action (hereinafter referred to as the "Subject Property").

7.    The Court finds that Plaintiff and Defendants have stipulated to the amendment of the Judgment to hold that the judgment amount set forth in the Judgment be amended to be the total sum due of $5,000,000.00, and that execution issue instanter.

8.    Plaintiff shall recover jointly and severally from Defendants, PAUL OXLEY and LINDSAY OXLEY, the sum of $5,000,000.00, upon which sum interest shall accrue at the rate of four and three-quarters percent (4.75%) per annum, FOR WHICH SUM LET EXECUTION ISSUE INSTANTER.

9.    The Judgment is hereby amended as set forth herein nunc pro tunc and this amendment shall enjoy the same priority of lien and right as if such amendments were originally included within the Judgment.

10.    This Court shall retain jurisdiction of this action to enter such other relief as it deems just and proper, including without limitation, entering orders regarding proceedings supplementary.

11.    The judgment amount is for the same indebtedness that is the subject of that certain Stipulated Final Judgment of Deficiency Against Westside Town Center, LLC and Stipulated Amended Final Judgment Against Guarantors, St. Caleb's Club, LLC and Maesbury Homes, Inc. previously entered in this action.

DONE AND ORDERED in Chambers in Kissimmee, Osceola County, Florida, this 13th

day of December, 2012.

_____

JEFFREY M. FLEMING
Circuit Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 17 day of December, 2012, to: **SAMUEL M. NELSON**, Burr & Forman LLP, 200 South Orange Avenue, Orlando, Florida 32801; and **JOHN H. BILL, ESQUIRE**, Godbold, Downing & Bill, P.A., 222 W. Comstock Avenue, Suite 101, Winter Park, Florida 32789.

_____

Judicial Assistant/Attorney

206376 v1                                                    4

CFN 2012192145
Bk 4370 Pgs 2892-2895 (4 Pgs)
DATE: 12/21/2012 11:55:45 AM
MALCOM THOMPSON, CLERK OF COURT
OSCEOLA COUNTY
RECORDING FEES $35.50
EXTRA NAMES $3.00

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

CASE NO.: 09-CA-1316

FAIRWINDS CREDIT UNION,

    Plaintiff,

vs.

WESTSIDE TOWN CENTER, LLC,
ST. CALEB'S CLUB, LLC, MAESBURY
HOMES, INC., MARTYN HARRISON,
LINDSAY OXLEY, PAUL OXLEY,

    Defendants.



_____/

## STIPULATED AMENDED FINAL JUDGMENT AGAINST GUARANTORS, PAUL OXLEY AND LINDSAY OXLEY

THIS CAUSE came on for hearing on the 21st day of September, 2009, upon the Plaintiff's

Motion for Summary Final Judgment as to Guarantors, MAESBURY HOMES, INC., MARTYN

HARRISON, LINDSAY OXLEY and PAUL OXLEY (hereinafter collectively referred to as

"Guarantors"), filed by Plaintiff, FAIRWINDS CREDIT UNION (hereinafter referred to as

"Plaintiff"), whose address is: Attn: Mr. Jim Adamczyk, 135 W. Central Avenue, Orlando, Florida

32801, and upon the Stipulation and Settlement Agreement by and between Plaintiff and

Defendants, WESTSIDE TOWN CENTER, LLC, ST. CALEB'S CLUB, LLC, MAESBURY

206376 v1

HOMES, INC., LINDSAY OXLEY and PAUL OXLEY (hereinafter referred to as the "Agreement"), and the Court having considered the pleadings, exhibits, affidavits and other proofs filed herein, having heard the arguments of counsel, and being otherwise fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED as follows:

1.      Each of the Defendants, PAUL OXLEY and LINDSAY OXLEY (hereinafter together referred to as "Defendants"), have been validly served with process and a copy of the Amended Complaint in this cause.

3.      Defendants have stipulated to the entry of this final judgment pursuant to Paragraph 4 of the Agreement filed in this action and Plaintiff is therefore entitled to a judgment as a matter of law and to the relief prayed for in said Amended Complaint.

4.      That certain Summary Final Judgment Against Guarantors, Maesbury Homes, Inc., Martyn Harrison, Lindsay Oxley and Paul Oxley, Withholding Execution was rendered by this Court on September 21, 2009, in favor of Plaintiff and against Guarantors in the amount of $10,943,376.22 (hereinafter referred to as the "Judgment").

5.      The Judgment was recorded on October 2, 2009, in Official Records Book 3896, at Page 2412, and a certified copy of the Judgment was recorded on October 21, 2009, in Official Records Book 3904, at Page 1357, both of the Public Records of Osceola County, Florida.

6.      The Judgment provided that any execution of the Judgment would be withheld until the determination of the amount to be setoff from the judgment amount could be determined

subsequent to the public foreclosure sale of the real and personal property that was the subject of the instant action (hereinafter referred to as the "Subject Property").

7.    The Court finds that Plaintiff and Defendants have stipulated to the amendment of the Judgment to hold that the judgment amount set forth in the Judgment be amended to be the total sum due of $5,000,000.00, and that execution issue instanter.

8.    Plaintiff shall recover jointly and severally from Defendants, PAUL OXLEY and LINDSAY OXLEY, the sum of $5,000,000.00, upon which sum interest shall accrue at the rate of four and three-quarters percent (4.75%) per annum, FOR WHICH SUM LET EXECUTION ISSUE INSTANTER.

9.    The Judgment is hereby amended as set forth herein nunc pro tunc and this amendment shall enjoy the same priority of lien and right as if such amendments were originally included within the Judgment.

10.    This Court shall retain jurisdiction of this action to enter such other relief as it deems just and proper, including without limitation, entering orders regarding proceedings supplementary.

11.    The judgment amount is for the same indebtedness that is the subject of that certain Stipulated Final Judgment of Deficiency Against Westside Town Center, LLC and Stipulated Amended Final Judgment Against Guarantors, St. Caleb's Club, LLC and Maesbury Homes, Inc. previously entered in this action.

206376 v1

3

DONE AND ORDERED in Chambers in Kissimmee, Osceola County, Florida, this 15th day of December, 2012.

_____
JEFFREY M. FLEMING
Circuit Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on this ___ day of December, 2012, to: **SAMUEL M. NELSON**, Burr & Forman LLP, 200 South Orange Avenue, Orlando, Florida 32801; and **JOHN H. BILL, ESQUIRE**, Godbold, Downing & Bill, P.A., 222 W. Comstock Avenue, Suite 101, Winter Park, Florida 32789.

_____
Judicial Assistant/Attorney

206376 v1

4

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

OXLEY, PAUL
3050 MICHIGAN AVENUE
KISSIMMEE, FL. 34744

OXLEY, LINDSAY
3050 MICHIGAN AVENUE
KISSIMMEE, FL. 34744

**J12001118739**
**FILED**
**Dec 31, 2012 03:03 P.M.**
**Secretary of State**
PYARBOR

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

FAIRWINDS CREDIT UNION, ATTN: MR. JIM ADAMCZYK
135 W. CENTRAL AVENUE
ORLANDO, FLORIDA  32801
DOS DOCUMENT#: N/A

**NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:**

SAMUEL E. NELSON, ESQUIRE
SNELSON@BURR.COM

AMOUNT DUE ON MONEY JUDGMENT: 5,000,000.00
APPLICABLE INTEREST RATE: 4.75%
NAME OF COURT: OSCEOLA CIRCUIT COURT
CASE NUMBER: 2009-CA-001316
DATE OF ENTRY: 12/13/12
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
    ( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
    (X) NO

UNDER PENALTY OF PERJURY, I hereby certify that: (1)  The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2)  All of the information set forth above is true, correct, current and complete; (3)  I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4)  I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: SAMUEL M. NELSON

## EXHIBIT B