UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAUL OXLEY | ) | Case # 6:13-bk-08728-CCJ |
| LINDSAY MARY OXLEY, | ) | Chapter 7 |
| | ) | |
| _____Debtors_____ | ) | |

## TRUSTEE'S RESPONSE AND OBJECTION TO FAIRWINDS CREDIT UNION′S MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Richard B. Webber II, Trustee ("Trustee"), and hereby objects to the Motion by Fairwinds Credit Union for Relief from the Automatic Stay (Doc. No. 33) and in support thereof shows the following:

1. Paul Oxley and Lindsay Mary Oxley filed a voluntary petition under Chapter 7 on July 15, 2013.

2. The Trustee was appointed as Chapter 7 Trustee.

3. The Relief from the Automatic Stay requested by Fairwinds Credit Union ("Fairwinds") relates to two parcels of real property, located at 1575 North Highway A1A, Unit 314, Indialantic, Florida 32902, and located at 504 Lost Creek Court, Kissimmee, Florida 32743 (hereinafter collectively, the "Real Property").

4. The Relief from the Automatic Stay by Fairwinds also requests "various personal property consisting of housewares, personal affects, vehicles, stocks, and funds held in various accounts located within the State of Florida" (hereinafter, the "Personal Property").

5. As to the Real Property, Fairwinds attached Judgment to its Motion for Relief from the Automatic Stay provides no relief.

6. Therefore, the lien on the Real Property is invalid.

7. As for the Personal Property, it is not idnefitied and all Personal Property that is subject to distribution is already in the possession of the Trustee. Therefore, there is no relief that this Court can provide to Fairwinds through Relief from the Automatic Stay as to the Personal Property as this should be denied.

8. The Real Property and the Personal Property should be distributed to the Bankruptcy Estate for administration to all unsecured creditors who file proof of claims in this matter.

WHEREFORE, the Trustee moves this Court to enter its order as follows: (a) sustaining Trustee's Response and Objection to the Motion for Relief from Stay by Fairwinds Credit Union; and (b) for such further relief as this Court deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Response and Objection has been furnished by either electronic transmission or first-class, United States Mail, postage prepaid, on the September 24, 2013 to: Jonathan Sykes, Burr & Forman LLP, 200 S. Orange Avenue, Suite 800, Orlando, Florida 32801; and the United States Trustee's Office, 135 West Central Blvd., Suite 620, Orlando, Florida 32801.

Dated: September 24, 2013

/s/ Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
(407) 425-7010
E-mail: rwebber@zkslawfirm.com